# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAYRA ARACELI TARANGO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81095

FILED

MAY 2 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus seeks a writ directing the district court to vacate her judgement of conviction and allowing her to withdraw her guilty plea and proceed to a jury trial.

Problematically, petitioner has not provided this court with all of the exhibits or documentation that would support her claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

20-19210

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we deny the petition.

It is so ORDERED.

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.          _____Stiglich_____, J.
Hardesty                                      Stiglich

cc:     Mayra Araceli Tarango
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk